# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Cruz Romero Jimenez,

   Petitioner,

v.

Eric Rokosky, et al.,

   Respondents.

**NO. CV-26-01429-PHX-JJT (JZB)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 6, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted in Petitioner's favor and this action is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 6, 2026

s/ D. Draper
By  Deputy Clerk